## **STATEMENT OF FACTS**

On or about June 4, 2014, members of the United States Park Police, conducted a random license plate inquiry of a temporary tag and found that it was an expired tag that did not belong to the vehicle. A traffic stop was conducted in front of 4610 South Dakota Avenue, NE, Washington, DC. The defendant Michael Jerome Brooks Jr. was the sole occupant of the vehicle and could not provide proper registration for the vehicle. Officers asked the defendant to step out of the vehicle and asked if he had any weapons on his person. The defendant consented to a pat down of his person which revealed a plastic knot containing an off-white rock like substance in the defendant's pocket. Officers requested a police K-9 to the scene to assist with conducting a vehicle search. A search of the vehicle was conducted by canine which revealed an interest in a purse that was found to contain a plastic bag tied in a knot containing an off-white rock like substance, two plastic bags tied in a knot containing an off-white powder substance, and a digital scale with white powder residue. Canine also showed interest in a pair of shoes located in the vehicle which was found to contain a pill bottle containing a green leaf substance. The defendant was placed under arrest. A portion of the off-white rock like and the off-white powder substance field tested positive for cocaine and a portion of the green leaf substance field tested positive for THC. The approximate weight of the off-white rock like substance was 82.9 grams and the approximate weight of the off-white powder substance was 60.7 grams which indicated that the drugs were going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER THOMAS TWINAME
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JUNE, 2014.


_____
U.S. MAGISTRATE JUDGE